Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−13868−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ifeoma Ezekwo
    400 Tenafly Road, #1002
    Tenafly, NJ 07670

Social Security No.:
    xxx−xx−8839

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: May 10, 2019
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-13868-RG
Ifeoma Ezekwo                                                               Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: May 10, 2019
                             Form ID: finmgtc          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
db             +Ifeoma Ezekwo,    400 Tenafly Road, #1002,    Tenafly, NJ 07670-7048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 11 2019 00:02:56     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2019 00:02:50      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
                                                                                          TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
         Andrew G. Greenberg   on behalf of Debtor Ifeoma  Ezekwo a.greenberglawfirm@verizon.net
         Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
          Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Jill  Manzo   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
         Jill  Manzo   on behalf of Creditor   SETERUS, INC., as authorized subservicer for FEDERAL
          NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
         Jill  Manzo   on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
          bankruptcy@feinsuch.com
         Jonathan C. Schwalb   on behalf of Creditor   Selene Finance LP bankruptcy@friedmanvartolo.com
         Karen B. Olson   on behalf of Creditor   Deutsche Bank National Trust Company, as Certificate
          Trustee on Behalf of Bosco Credit II Trust Series 2010-1 kbo@kmllp.com
         Kevin Gordon McDonald   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
          for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
          Asset-Backed Certificates, Series INABS 2005-B kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Lynn Therese Nolan   on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
          ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
         Marie-Ann  Greenberg   magecf@magtrustee.com
         Sindi  Mncina   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST smncina@rascrane.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         William M. E. Powers, III   on behalf of Creditor   PennyMac Holdings, LLC. ecf@powerskirn.com
         William M.E. Powers   on behalf of Creditor   PennyMac Holdings, LLC. ecf@powerskirn.com
         William M.E. Powers, III   on behalf of Creditor   PennyMac Holdings, LLC. ecf@powerskirn.com
                                                                                          TOTAL: 15