Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13868−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ifeoma Ezekwo
   400 Tenafly Road, #1002
   Tenafly, NJ 07670

Social Security No.:
   xxx−xx−8839

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2019
JAN: slm

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-13868-RG
Ifeoma Ezekwo                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: May 22, 2019
                              Form ID: 148             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Ifeoma Ezekwo,    400 Tenafly Road, #1002,    Tenafly, NJ 07670-7048
cr             +Deutsche Bank National Trust Company, as Certifica,    Knuckles, Komosinski & Manfro, LLP,
                 565 Taxter Road, Suite 590,   Elmsford, NY 10523-2300
cr             +Selene Finance LP,    FRIEDMAN VARTOLO LLP,   85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue Suite 100,   Boca Raton, FL 33487-2853
518049088      +Caliber Home Loans,    PO Box 619063,   Dallas, TX 75261-9063
518230419      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518231268      +Deutsche Bank National Trust Company,    Knuckles, Komosinski & Manfro, LLP,
                 565 Taxter Road, Suite 590,   Elmsford, New York 10523-2300
518239934       Deutsche Bank National Trust Company, as certifica,    Franklin Credit Management Corp,
                 P.O.Box 2301 Jersey City, NJ 07303-2301
518233324      +NATIONSTAR MORTGAGE LLC dba MR. COOPER,    PO BOX 619096,   DALLAS, TX 75261-9096
518129184     ++++NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,   GROSS POLOWY, LLC,    2500 PLAZA FIVE STE 2548,
                 JERSEY CITY NJ   07311-4026
               (address filed with court: Nationstar Mortgage, LLC d/b/a Mr. Cooper,    Gross Polowy, LLC,
                 2500 Plaza 5, Suite 2548,   Jersey City, NJ 07311)
518120549      +National Collegiate Student Loan Trust 2005-1,    Po Box 4275,   Norcross, GA 30091-4275
518195741      +PennyMac Holdings, LLC,    c/o PennyMac Loan Services, LLC,    P.O. Box 2410,
                 Moorpark, CA 93020-2410
518173791      +Physicians’ Reciprocal Insurers,    1800 Northern Blvd.,    Roslyn, NY 11576-1140
518049089     #+Seterus,    PO Box 1077,   Hartford, CT 06143-1077
518191059      +U.S. Bank National Association,    Bluewater Investment Trust 2017-1,    Selene Finance LP,
                 9990 Richmond Avenue,   Suite 400 South,    Houston, TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 00:15:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 00:14:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518224700      +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 23 2019 00:15:50
                 U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
518232458       EDI: WFFC.COM May 23 2019 03:48:00      Wells Fargo Bank, N.A.,   Default Document Processing,
                 MAC# N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                Page 2 of 2              Date Rcvd: May 22, 2019
                               Form ID: 148               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2019 at the address(es) listed below:

```
              Andrew G. Greenberg    on behalf of Debtor Ifeoma  Ezekwo a.greenberglawfirm@verizon.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP bankruptcy@friedmanvartolo.com
              Karen B. Olson    on behalf of Creditor    Deutsche Bank National Trust Company, as Certificate
               Trustee on Behalf of Bosco Credit II Trust Series 2010-1 kbo@kkmllp.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Holdings, LLC. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC. ecf@powerskirn.com
                                                                                             TOTAL: 15
```