| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    IFEOMA EZEKWO | Case No.:    19-13868 RG<br><br>Chapter:    13 |

# ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: May 21, 2019

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 19-13868

Caption of Order:    Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 05/02/2019 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13868-RG
Ifeoma Ezekwo                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: May 22, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Ifeoma Ezekwo,    400 Tenafly Road, #1002,    Tenafly, NJ 07670-7048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Andrew G. Greenberg    on behalf of Debtor Ifeoma  Ezekwo a.greenberglawfirm@verizon.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
               NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               bankruptcy@feinsuch.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP bankruptcy@friedmanvartolo.com
              Karen B. Olson    on behalf of Creditor    Deutsche Bank National Trust Company, as Certificate
               Trustee on Behalf of Bosco Credit II Trust Series 2010-1 kbo@kkmllp.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series INABS 2005-B kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper
               ecfnotices@grosspolowy.com,   lnolan@grosspolowy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    PennyMac Holdings, LLC. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC. ecf@powerskirn.com
                                                                                              TOTAL: 15